UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DONALD W. SIGMUND

    Plaintiff

v.

CASSIDY & PINKARD, INC., et al.

    Defendants

: Civil Action No: 1-05-cv-01366
: Judge Henry H. Kennedy

## MOTION TO DISMISS

Defendants, CASSIDY & PINKARD, INC. and CASSIDY & PINKARD PROPERTY SERVICES, LLC, by and through their attorneys, BUCK, MIGDAL & MYERS, CHARTERED, move pursuant to Federal Rule 12(b), 16, and 19 move for dismissal of the above captioned matter and for reasons state as follows:

1. Plaintiff Donald Wright Sigmund filed this lawsuit on or about July 8, 2005 alleging that he suffered personal injuries in a parking garage at 5225 Wisconsin Avenue, N.W., Washington, D.C. on July 12, 2002 when a pipe bomb planted by Plaintiff's brother Prescott Sigmund exploded under the motor vehicle Plaintiff was about to operate.

2. On or about July 11, 2003 Plaintiff filed an identical Complaint in this court claiming damages for personal injuries arising from the exact same incident. In that case, Plaintiff sued Prescott W. Sigmund and Starwood Urban Investment, LLC. See Civil Action Number 03-1507 (ESH), <u>Sigmund v. Starwood Urban Investment, et al.</u> in the United States District Court for the District of Columbia.

3. The case of <u>Sigmund v. Starwood Urban Investment</u> is pending before Judge Ellen Segal Huvelle and, upon information and belief, there is a discovery cutoff date in that case of September 1, 2005.

LAW OFFICES
BUCK,
MIGDAL & MYERS
CHARTERED

P.O. BOX 2400
ANNAPOLIS, MD 21404

(410) 263-8855

4. On October 30, 2003, Judge Huvelle issued a scheduling order wherein she required any other parties to be joined and/or pleadings amended by October 30, 2003. (Copy of Judge Huvelle's Scheduling Order is attached hereto as Exhibit 1.)

5. Plaintiff has never amended the Complaint in Case No. 03-1507 (ESH) to add the Cassidy & Pinkard Defendants or any other parties as defendants therein.

6. On November 9, 2004, Plaintiff's counsel deposed Thomas Updike, the Corporate Designee of Cassidy & Pinkard, Inc. No attempt was made following that deposition to seek an amendment of Judge Huvelle's scheduling order to add Cassidy & Pinkard or any other defendants to that lawsuit.

7. What Plaintiff is attempting to do by filing a second lawsuit, is to circumvent Judge Huvelle's scheduling order and to litigate two separate cases arising out of the same incident before two different judges of this court.

8. Plaintiff's filing two separate lawsuits against separate sets of defendants arising out of the same claim is prejudicial and unfounded especially since Plaintiff has been litigating the first lawsuit for over two years. There clearly are issues of <u>res judicata</u> and collateral estoppel that would come in to play considering the circumstances presented herein.

9. Plaintiff simply should not be permitted, for obvious reasons, to pursue two separate lawsuits against different parties based on the same factual scenario, claiming the same damages. (Plaintiff is suing for $15,000,000.00 in compensatory damages in both cases).

WHEREFORE, Defendants Cassidy & Pinkard, Inc. and Cassidy & Pinkard Property Services, LLC request that this court dismiss Plaintiff's Complaint with prejudice.

LAW OFFICES
BUCK,
MIGDAL & MYERS
CHARTERED

P.O. BOX 2400
ANNAPOLIS, MD 21404

(410) 263-8855

BUCK, MIGDAL & MYERS, CHTD.

By: Steven R. Migdal
Bar #: 212159
23 West Street
P.O. Box 2400
Annapolis, Maryland 21404-2400
(410) 263-8855
Attorneys for Defendants, Cassidy & Pinkard, Inc. and
Cassidy & Pinkard Property Services, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July, 2005, a copy of the foregoing Motion to Dismiss was mailed postage prepaid to:

Thomas Basdekis, Esq.
Paul Cornoni, Esq.
Regan, Halperin & Long, PLLC
1919 M Street, N.W., Suite 350
Washington, D.C. 20036-3521
Attorneys for Plaintiff

Standard Parking Corp., II
APCOA, Inc.
900 N. Michigan Avenue, Suite 1800
Chicago, IL 60611
Defendants

Standard Parking Corporation
2450 Crystal Drive
Arlington, Virginia 22202
Defendant

AGW & Associates, Inc.
7646 Lee Highway
Falls Church, Virginia 22042
Defendant

Steven R. Migdal

LAW OFFICES
BUCK,
MIGDAL & MYERS
CHARTERED

P.O. BOX 2400
ANNAPOLIS, MD 21404

(410) 263-8855

3