UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DONALD W. SIGMUND

  Plaintiff

v.

CASSIDY & PINKARD, INC., et al.

  Defendants

: Civil Action No: 1-05-cv-01366
: Judge Henry H. Kennedy

### ORDER

The foregoing Motion to Dismiss Complaint having been read and considered, it is this _____ day of _____, 200___,

ORDERED that said Motion be and is hereby, GRANTED and Plaintiff's Complaint be and is hereby dismissed with prejudice.

                 _____
                 Judge Henry H. Kennedy
                 United States District Court
                 For the District of Columbia

Copies to:

Thomas Basdekis, Esq.
Paul Cornoni, Esq.
Regan, Halperin & Long, PLLC
1919 M Street, N.W., Suite 350
Washington, D.C. 20036-3521
Attorneys for Plaintiff

Standard Parking Corp., II
APCOA, Inc.
900 N. Michigan Avenue, Suite 1800
Chicago, IL 60611
Defendants

Standard Parking Corporation
2450 Crystal Drive
Arlington, Virginia 22202
Defendant

AGW & Associates, Inc.
7646 Lee Highway
Falls Church, Virginia 22042
Defendant

Steven R. Migdal, Esquire
Buck, Migdal & Myers, Chartered
P.O. Box 2400
23 West Street
Annapolis, Maryland 21404-2400
Attorneys for Defendant Cassidy & Pinkard, Inc. and
Cassidy & Pinkard Property Services, LLC

LAW OFFICES
BUCK,
MIGDAL & MYERS
CHARTERED

P.O. BOX 2400
ANNAPOLIS, MD 21404

(410) 263-8855