CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD WRIGHT SIGMUND ) | |
| ) | |
| Plaintiff ) | Civil Case Number 05-1366 (ESH) |
| ) | |
| v. ) | |
| ) | Category    B |
| CASSIDY & PINKARD, INC., et al. ) | |
| ) | |
| Defendant ) | |

### REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>August 2, 2005</u> from <u>Judge Henry H. Kennedy, Jr.</u> to <u>Judge Ellen S. Huvelle</u> by direction of the Calendar Committee.

(Related to 03-1507)

<u>JUDGE GLADYS KESSLER</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Kennedy</u> & Courtroom Deputy
<u>Judge Huvelle</u> & Courtroom Deputy
Chair, Calendar and Case Management Committee
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓
Statistical Clerk