UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD WRIGHT SIGMUND | : |
| Plaintiff | : |
| vs. | : Case No.: 1:05CV01366 |
| | : Judge: Ellen S. Huvelle |
| CASSIDY & PINKARD, INC., et al | : |
| Defendants | : |

**SUPPLEMENT TO DEFENDANT, AGW & ASSOCIATES, INC.'S
MOTION TO DISMISS**

Comes now the defendant, AGW & Associates, Inc., by and through its attorneys, McCarthy Wilson LLP, and Thomas Patrick Ryan, and as a Supplement to its Motion to Dismiss filed on or about August 1, 2005 states:

1. That as additional grounds for its Motion to Dismiss, this Defendant adopts the Motion to Dismiss and Memorandum of Points and Authorities of Defendants Cassidy & Pinkard, Inc. and Cassidy & Pinkard Property Services, LLC filed in the instant case, which apply with equal force to this Defendant.

McCARTHY WILSON LLP

by: _____/s/_____
Thomas Patrick Ryan (348862)
100 South Washington Street
Rockville, MD 20850
(301) 762-7770
Attorneys for AGW Associates

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 2nd day of August, 2005, a copy of the foregoing **Supplement to Motion to Dismiss** and proposed Order was electronically filed with the United States District Court for the District of Columbia, and a courtesy copy mailed, first-class, postage prepaid to:

**Thanos Basdekis, Esquire**
**Paul Cornoni, Esquire**
**Regan, Halperin & Long, PLLC**
**1919 M Street, N.W., Suite 350**
**Washington, D.C. 20036-3521**
*Attorneys for Plaintiff*

**Steven R Migdal, Esquire**
**23 West Street**
**P.O. Box 2400**
**Annapolis, Maryland 21404-2400**

          /s/
         Thomas Patrick Ryan