UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DONALD WRIGHT SIGMUND** | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:05CV01366
Judge: Henry H. Kennedy |
| **CASSIDY & PINKARD, INC., et al.** | * | |
| Defendants | * | |

## **PRAECIPE**

**COME NOW**, the Defendants, **STANDARD PARKING CORPORATION, STANDARD PARKING CORPORATION IL, STANDARD PARKING L.P. and APCOA, INC.**, by and through their attorneys, **JEFFREY R. SCHMIELER and SAUNDERS & SCHMIELER, P.C.**, and hereby notify this Honorable Court that Plaintiff consents to giving these Defendants an extension of time to file a responsive pleading in this matter. That consent was given via e-mail from Plaintiff's counsel dated August 2, 2005.

Respectfully submitted,

 /s/ Jeffrey R. Schmieler
**JEFFREY R. SCHMIELER (#035964)**
**SAUNDERS & SCHMIELER, P.C.**
8737 Colesville Road, Suite L-200
Silver Spring, Maryland 20910
Telephone: (301) 588-7717
**Attorneys for Defendants**
**STANDARD PARKING CORPORATION,**
**STANDARD PARKING CORPORATION IL,**
**STANDARD PARKING L.P., and APCOA, INC.**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of afore-going *Praecipe* which was filed in this case with the United States District Court for the District of Columbia, was mailed first class, postage paid this **3rd** day of **August, 2005** to the following:

Thanos Basdekis, Esquire
Paul Cornoni, Esquire
Regan, Halperin & Long, PLLC
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036-3521

Cassidy & Pinkard, Inc.
Serve: CT Corporation System
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

Cassidy & Pinkard Property Services LLC
Serve: Abraham J. Greenstein
1620 L Street, N.W., Suite 900
Washington, D.C. 20036

AGW & Associates, Inc.
Serve: Martin H. Weik III
2032 North Taylor Street
Arlington, VA 22207

/s/ Jeffrey R. Schmieler
Jeffrey R. Schmieler (#035964)