CLERK'S OFFICE                                              CO-932
UNITED STATES DISTRICT COURT                                Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

                                           Civil Action No. _____
                                           (To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

1.  RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

    A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

    [ ] (a)  relates to common property
    [X] (b)  involves common issues of fact
    [X] (c)  grows out of the same event or transaction
    [ ] (d)  involves the validity or infringement of the same patent
    [ ] (e)  is filed by the same pro se litigant

2.  RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

    Check box if new case is related to a dismissed case: [ ]

3.  NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

    _____

4.  CAPTION AND CASE NUMBER OF RELATED CASE(ES). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

    <u>Donald Wright Sigmund</u>  v. <u>Starwood Urban Investment</u>  C.A.No. <u>03-1507</u>
                                      et al.

    _____          _____
    DATE 7/8/05                        Signature of Plaintiff/Defendant (or counsel)
                                       BAR # 463692

# REGAN, HALPERIN & LONG, PLLC
*EXPERIENCED TRIAL LAWYERS*

1919 M STREET NW • SUITE 350 • WASHINGTON, DISTRICT OF COLUMBIA 20036-3521
PHONE 202-463-3030 • WWW.RHLLAW.COM • FAX 202-463-0667

PATRICK M. REGAN
JONATHAN E. HALPERIN
VICTOR E. LONG
SALVATORE J. ZAMBRI
THANOS BASDEKIS
LISA D. BARNETT
PAUL CORNONI
JACQUELINE T. COLCLOUGH

VIRGINIA OFFICE
703-549-9663

MARYLAND OFFICE
301-762-8464

THANOS BASDEKIS
ADMITTED TO PRACTICE IN DC, MD, VA, NY
DIRECT DIAL: 202-349-2804
E-MAIL: TBASDEKIS@RHLLAW.COM

July 20, 2005

**Via First Class Mail**
Stephen A. Horvath, Esquire
Trichilo, Bancroft,
McGavin, Horvath & Judkins
Post Office Box 22
3920 University Drive
Fairfax, Virginia 22030-0022

Timothy Fizer, Esquire
McNamara, Fizer & Dent
The B & O Building
2 N. Charles Street, Suite 310
Baltimore, Maryland 21201

Re: Donald Wright Sigmund v.
Starwood Urban Retail VI, LLC, et al

Dear Counsel:

Enclosed please find a copy of a related complaint which was filed by Plaintiff on July 8, 2005. Due to the recent discovery of new and significant information, Plaintiff filed this additional action in federal court last week and designated it as a related case.

Please feel free to call me with any questions.

Sincerely,

Thanos Basdekis

Enclosure
cc: Patrick M. Regan, Esquire
    Paul Cornoni, Esquire