# REGAN, HALPERIN & LONG, PLLC

*EXPERIENCED TRIAL LAWYERS*

1919 M STREET NW • SUITE 350 • WASHINGTON, DISTRICT OF COLUMBIA 20036-3521
PHONE 202-463-3030 • WWW.RHLLAW.COM • FAX 202-463-0667

PATRICK M. REGAN
JONATHAN E. HALPERIN
VICTOR E. LONG
SALVATORE J. ZAMBRI
THANOS BASDEKIS
LISA D. BARNETT
PAUL CORNONI
JACQUELINE T. COLCLOUGH

VIRGINIA OFFICE
703-549-9663

MARYLAND OFFICE
301-762-8464

THANOS BASDEKIS
ADMITTED TO PRACTICE IN DC, MD, VA, NY
DIRECT DIAL: 202-349-2804
E-MAIL: TBASDEKIS@RHLLAW.COM

July 20, 2005

**Via First Class Mail**
Stephen A. Horvath, Esquire
Trichilo, Bancroft,
McGavin, Horvath & Judkins
Post Office Box 22
3920 University Drive
Fairfax, Virginia 22030-0022

Timothy Fizer, Esquire
McNamara, Fizer & Dent
The B & O Building
2 N. Charles Street, Suite 310
Baltimore, Maryland 21201

Re: Donald Wright Sigmund v.
Starwood Urban Retail VI, LLC, et al

Dear Counsel:

Enclosed please find a copy of a related complaint which was filed by Plaintiff on July 8, 2005. Due to the recent discovery of new and significant information, Plaintiff filed this additional action in federal court last week and designated it as a related case.

Please feel free to call me with any questions.

Sincerely,

Thanos Basdekis

Enclosure
cc: Patrick M. Regan, Esquire
    Paul Cornoni, Esquire