UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD WRIGHT SIGMUND,** | : |
| **Plaintiff,** | : |
| | : Civil Action No. 05-1366 |
| v. | : |
| | : Judge Ellen S. Huvelle |
| **CASSIDY & PINKARD, INC., et al.** | : |
| **Defendants.** | : |

## CONSENT MOTION FOR EXTENSION OF TIME

The Plaintiff, by and through undersigned counsel, hereby respectfully requests that the Court extend until August 19, 2005, the date for submission of Plaintiff's Opposition to Defendant AGW & Associates' Motion to Dismiss. Counsel for Defendant has consented to the requested extension of time. In light of the foregoing, Plaintiff respectfully requests that the Court enter the attached Order extending the date for Plaintiff's Opposition until August 19, 2005.

                                                      Respectfully submitted,

                                                      REGAN, HALPERIN & LONG, PLLC

By:      /s/
      Patrick M. Regan   #336107
      Thanos Basdekis   #463692
      Paul Cornoni      #489398
      1919 M Street, NW, Suite 350
      Washington, DC 20036
      PH: (202) 463-3030
      *Counsel for Plaintiffs*

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## CERTIFICATE OF ELECTRONIC FILING

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion for Extension of Time, and proposed Order was electronically filed in the United States District Court for the District of Columbia and mailed, postage prepaid, this 12th day of August, 2005 to:

Steven R. Midgal
23 West Street
PO Box 2400
Annapolis, MD 21404
Counsel for Cassidy & Pinkard Defendants

Thomas Patrick Ryan
100 South Washington Street
Rockville, MD 20850
Counsel for AGW & Associates

Samuel Shapiro
Saunders and Schmieler
8737 Colesville Road, Suite L-200
Silver Spring, MD 20910
Counsel for Standard Parking

APCOA, Inc.
c/o registered agent
CT Corporation System
1015 15th Street, N.W., Suite 1000
Washington, DC 20005

/s/
Thanos Basdekis

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**DONALD WRIGHT SIGMUND,**      :

    **Plaintiff,**      :

                              **Civil Action No. 05-1366**

    **v.**      :

                              **Judge Ellen S. Huvelle**

**CASSIDY & PINKARD, INC., et al.**      :

    **Defendants.**      :

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time in which to submit his Opposition to Defendant AGW & Associates' Motion to Dismiss, and the consent of defense counsel, it is this _____ day of _____, 2005;

ORDERED that Plaintiff's Motion be, and the same hereby is GRANTED; and Plaintiff shall file his Opposition to Defendant AGW & Associates' Motion on or before August 19, 2005.

                                              _____
                                              The Honorable Ellen S. Huvelle
                                              Judge

cc:    Patrick M. Regan, Esquire
       Thanos Basdekis, Esquire
       Regan, Halperin & Long, PLLC
       1919 M Street, NW, Suite 350
       Washington, DC 20036

       Steven R. Midgal
       23 West Street
       PO Box 2400

Annapolis, MD 21404
Counsel for Cassidy & Pinkard Defendants

Thomas Patrick Ryan
100 South Washington Street
Rockville, MD 20850
Counsel for AGW & Associates

Samuel Shapiro
Saunders and Schmieler
8737 Colesville Road, Suite L-200
Silver Spring, MD 20910
Counsel for Standard Parking

APCOA, Inc.
c/o registered agent
CT Corporation System
1015 15th Street, N.W., Suite 1000
Washington, DC 20005