UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DONALD W. SIGMUND :
:
    Plaintiff :
: Civil Action No: 1-05-cv-01366
v. : Judge Henry H. Kennedy
:
CASSIDY & PINKARD, INC., et al. :
:
    Defendants :
:

### SUPPLEMENT TO MOTION TO DISMISS

Defendants, CASSIDY & PINKARD, INC. and CASSIDY & PINKARD PROPERTY SERVICES, LLC, by and through their attorneys, BUCK, MIGDAL & MYERS, CHARTERED, supplements its Motion to Dismiss filed on or about July 27, 2005 and states that as additional grounds for its Motion, this Defendant adopts the Motion to Dismiss and Memorandum of Points and Authorities filed by Defendant AWG & Associates, Inc.

                              BUCK, MIGDAL & MYERS, CHTD.

                By:    Steven R. Migdal
                        Bar #: 212159
                        23 West Street
                        P.O. Box 2400
                        Annapolis, Maryland 21404-2400
                        (410) 263-8855
                        Attorneys for Defendants, Cassidy & Pinkard, Inc. and
                        Cassidy & Pinkard Property Services, LLC

LAW OFFICES
BUCK,
MIGDAL & MYERS
CHARTERED

P.O. BOX 2400
ANNAPOLIS, MD 21404

(410) 263-8855

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2005, a copy of the foregoing Supplement to Motion to Dismiss was mailed postage prepaid to:

Thomas Basdekis, Esq.
Paul Cornoni, Esq.
Regan, Halperin & Long, PLLC
1919 M Street, N.W., Suite 350
Washington, D.C. 20036-3521
Attorneys for Plaintiff

Standard Parking Corporation
2450 Crystal Drive
Arlington, Virginia 22202
Defendant

Standard Parking Corp., II
APCOA, Inc.
900 N. Michigan Avenue, Suite 1800
Chicago, IL 60611
Defendants

Thomas Patrick Ryan, Esq.
McCarthy Wilson, LLP
100 South Washington Street
Rockville, Maryland 20850
Attorneys for Defendant, AWG & Associates

_____
Steven R. Migdal

LAW OFFICES
BUCK,
MIGDAL & MYERS
CHARTERED

P.O. BOX 2400
ANNAPOLIS, MD 21404

(410) 263-8855