UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DONALD W. SIGMUND                         :
      Plaintiff                          :
                                         : Civil Action No: 1-05-cv-01366
v.                                        : Judge Ellen Segal Huvelle
                                         :
CASSIDY & PINKARD, INC., et al.           :
      Defendants                         :

### MOTION TO CONTINUE SCHEDULING CONFERENCE

COMES NOW the Defendant, CASSIDY AND PINKARD, INC., by and through its attorneys, Steven R. Migdal, Esquire and Buck, Migdal & Myers, Chartered, requests a continuance of the initial scheduling conference in the above-captioned matter and for reasons states as follows:

    1.    An initial scheduling conference has been set for September 16, 2005 at 10:00 a.m. by this Court

    2.    Undersigned counsel received the notice for this conference on August 29, 2005.

    3.    Undersigned counsel is required to attend a previously scheduled Pretrial Conference that day at 9:30 a.m. in the Circuit Court for Harford County in the case of, <u>Rico, et al. v. James Quick, Inc., et al.</u>, Case Number 12-C-04-2339 and will therefore be unavailable. (See Pretrial Order attached hereto).

    4.    All counsel consent to this request and are available on September 30, 2005 at 10:00 a.m. to reschedule this conference.

WHEREFORE, Defendant requests that the scheduling conference set for September 16, 2005, be continued to September 30, 2005 at 10:00 a.m.

LAW OFFICES
BUCK,
MIGDAL & MYERS
CHARTERED

P.O. BOX 2400
ANNAPOLIS, MD 21404

(410) 263-8855

BUCK, MIGDAL, & MYERS, CHARTERED

_____
Steven R. Migdal
Bar #: 212159
23 West Street
P.O. Box 2400
Annapolis, Maryland 21404-2400
(410) 263-8855
Attorneys for Defendants, Cassidy & Pinkard, Inc. and
Cassidy & Pinkard Property Services, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2005 a copy of the foregoing Motion to Continue Scheduling Conference was mailed, postage prepaid, to:

| | |
|---|---|
| Thomas Basdekis, Esq. | Samuel Shapiro, Esq. |
| Paul Cornoni, Esq. | Saunders and Schmieler |
| Regan, Halperin & Long, PLLC | 8737 Colesville Road, Suite L-200 |
| 1919 M Street, N.W., Suite 350 | Silver Spring, Maryland 20910 |
| Washington, D.C. 20036-3521 | Attorneys for Defendant Standard Parking |
| Attorneys for Plaintiff | |

Thomas Patrick Ryan, Esq.
McCarthy Wilson, LLP
100 South Washington Street
Rockville, Maryland 20850
Attorneys for Defendant, AWG & Associates

_____
Steven R. Migdal

LAW OFFICES
BUCK,
MIGDAL & MYERS
CHARTERED

P.O. BOX 2400
ANNAPOLIS, MD 21404

(410) 263-8855