UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DONALD W. SIGMUND :
:
    Plaintiff :
: Civil Action No: 1-05-cv-01366
v. : Judge Ellen Segal Huvelle
:
CASSIDY & PINKARD, INC., et al. :
:
    Defendants :
:

### ORDER

Having read and considered Defendant's Motion to Continue Scheduling Conference, it is this _____ day of _____, 2005,

ORDERED, that said Motion be, and hereby is, GRANTED and the Clerk of this Honorable Court shall continue this matter to September 30, 2005 at 10:00 a.m.

                                                                                                _____
                                                                             Judge Ellen Segal Huvelle
                                                                             United States District Court
                                                                             For the District of Columbia

Copies to:

Steven R. Migdal, Esquire
Buck, Migdal & Myers, Chartered
P.O. Box 2400
23 West Street
Annapolis, Maryland 21404-2400
Attorneys for Defendant Cassidy & Pinkard, Inc. and
Cassidy & Pinkard Property Services, LLC

Thomas Basdekis, Esq.
Paul Cornoni, Esq.
Regan, Halperin & Long, PLLC
1919 M Street, N.W., Suite 350
Washington, D.C. 20036-3521
Attorneys for Plaintiff

LAW OFFICES
BUCK,
MIGDAL & MYERS
CHARTERED

P.O. BOX 2400
ANNAPOLIS, MD 21404

(410) 263-8855

Samuel Shapiro, Esq.
Saunders and Schmieler
8737 Colesville Road, Suite L-200
Silver Spring, Maryland 20910
Attorneys for Defendant Standard Parking

Thomas Patrick Ryan, Esq.
McCarthy Wilson, LLP
100 South Washington Street
Rockville, Maryland 20850
Attorneys for Defendant, AWG & Associates

LAW OFFICES
BUCK,
MIGDAL & MYERS
CHARTERED

P.O. BOX 2400
ANNAPOLIS, MD 21404

(410) 263-8855