Roberto Rio

VS

Willie N. Trotte, 3rd

IN THE CIRCUIT COURT

FOR HARFORD COUNTY

CASE NO. 04-2339

## PRE-TRIAL ORDER

At a Pre-Trial Conference held on the 28th day of December, 20 04, attended by counsel listed below, the following was agreed to or ordered by the Court, all subject to further order of this Court.

1. The trial is estimated to take 3 days before a Jury / the Court.

2. Trial has been set for the 17th day of October, 20 05 by agreement of counsel/order of court at 9:30 a.m.

3. All discovery will be completed by the 1st day of July, 20 05. **THIS DISCOVERY DATE IS FINAL AND SHALL APPLY EVEN IF THE TRIAL IS NOT HELD ON THE AGREED DATE.** Completion of discovery shall mean:

   A. All depositions will have been scheduled and completed.

   B. All interrogatories which are to be filed by either party will have been filed more than thirty (30) days prior to this date and answered in full by the party to whom they are directed.

   C. No party shall be permitted to supplement or amend answers to the interrogatories in any way after the discovery deadline without the consent of the other party or the permission of the Court.

   D. All requests for Admissions of Fact and Genuineness of Documents filed pursuant to Rule 2-424 will be filed more than thirty (30) days prior to the discovery deadline and answered in full by the party to whom they are directed.

   E. All requests for Mental and Physical Examination filed pursuant to Rule 2-423 shall have been filed in such a timely fashion as to have a final report prepared and forwarded to the other party.

   F. All requests for Discovery under Rule 2-422, including requests for inspection of documents or tangible things shall be made more than thirty (30) days prior to discovery deadline.

4. Plaintiff shall provide the names and addresses of all expert witnesses that the Plaintiff intends to use at trial by the 15th day of April, 20 05.

5. Defendant shall provide the names and addresses of all expert witnesses that the Defendant intends to use at trial by the 13th day of May, 20 05.

6. All dispositive motions, including but not limited to motions for summary judgement shall be filed by the 18th day of July, 2005.

7. Any motions in limine shall be filed by the 10th day of October, 2005.

8. A hearing on all open motions will be held on the 1st day of August, 20 05 at 9:30 a.m./p.m.

9. A new Pre-Trial Conference shall be held in this case on the 10th day of Sept., 20 05 at 9:30 a.m./p.m. Counsel must have in attendance **ALL PARTIES NECESSARY** to effect a binding settlement, including insurance representatives.

10. The entry of the appearance of an attorney shall be deemed to be the appearance of his/her entire firm. No postponements shall be granted because of the unavailability of named attorney to be present for trial.

This is to acknowledge that the contents of this Pre-Trial Order have been [redacted] agreed to by counsel

_Roberto Rio_                  _Steven R. Migdal_
Print Name                     Print Name

_Willie N. Trotte, 3rd_        _William O. Carr_
_____              WILLIAM O. CARR
Counsel for Plaintiff          Judge

_William O. Woodford_          _Steven R. Migdal_
Counsel for Plaintiff          Counsel for Defendant