UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DONALD WRIGHT SIGMUND** | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:05CV01366 |
| **CASSIDY & PINKARD, INC., et al.** | : | |
| Defendants. | : | |

## AFFIDAVIT OF SERVICE – DEFENDANT AGW & ASSOCIATES

I, Renee Jackson, hereby depose and state that:

1. I am a legal secretary with the law firm of Regan, Halperin & Long in the District of Columbia, and our firm has been retained by the Plaintiff in connection with this litigation.

2. On or about July 11, 2005, we forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant AGW & Associates, c/o Martin H. Weik III, 2032 North Taylor Street, Arlington, Virginia 22207.

3. On or about July 15, 2005 we received receipt confirmation, signed for AGW & Associates, c/o Martin H. Weik III verifying that Defendant AGW & Associates, c/o Martin H. Weik III was served with a Summons and Complaint.

4. Further saith affiant not.

_____
Renee Jackson

Subscribed and sworn to before me this 31st day of August, 2005.


_____
Notary Public

**ATTACHMENT A**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 7/11/05

Sent To: AGW & Associates
Street, Apt. No.; or PO Box No.: c/o Martin H. Weik III, 2032 North Taylor St.
City, State, ZIP+4: Arlington, VA 22207

7004 0550 0001 2356 5979

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   AGW & Associates
   c/o Martin H. Weik III
   2032 North Taylor Street
   Arlington, VA 22207

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): E. Figueroa

C. Date of Delivery: 7-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 0550 0001 2356 5979

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540