UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DONALD WRIGHT SIGMUND**          :

      **Plaintiff,**          :

      v.          :          Case No. 1:05CV01366

**CASSIDY & PINKARD, INC., et al.**          :

      **Defendants.**          :

## AFFIDAVIT OF SERVICE – DEFENDANT APCOA, INC.

I, Renee Jackson, hereby depose and state that:

1. I am a legal secretary with the law firm of Regan, Halperin & Long in the District of Columbia, and our firm has been retained by the Plaintiff in connection with this litigation.

2. On or about July 11, 2005, we forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant APCOA, Inc., c/o CT Corporation System, 1015 15th Street, N.W., Suite 1000, Washington D.C. 20005.

3. On or about July 15, 2005 we received receipt confirmation, signed for APCOA, Inc., c/o CT Corporation System verifying that Defendant APCOA, Inc., c/o CT Corporation System was served with a Summons and Complaint.

4. Further saith affiant not.

_____
Renee Jackson

Subscribed and sworn to before me this __31st__ day of August, 2005.

_____
Notary Public

My Commission Expires:
May 31, 2006

**ATTACHMENT A**

| U.S. Postal Service CERTIFIED MAIL RECEIPT | U.S. Postal Service CERTIFIED MAIL RECEIPT |
|---|---|
| Article: 7004 0550 0001 2356 5962 | Article: 7004 0550 0001 2356 5887 |
| Postage: $1.06 | Postage: $1.06 |
| Certified Fee: 2.30 | Certified Fee: 2.30 |
| Return Receipt Fee: 1.75 | Return Receipt Fee: 1.75 |
| Postmark: 7/11/05 | Postmark: 7/27/05 2nd-attempt |
| Total Postage & Fees: $5.11 | Total Postage & Fees: $5.11 |
| Sent To: Apwoa Inc, c/o CT corporation system, 1015 15th st, NW Suite 1000, Washington, DC 20005 | Sent To: Apwoa, Inc. c/o CT corporation system, 1015 15th st, NW Suite 1000, Washington, DC 20005 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Apwoa Inc.
   c/o CT corp. system
   1015 15th. st., NW
   Suite 1000
   Washington, DC 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Erwin Thomas
C. Date of Delivery: 7-13-05
D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 0550 0001 2356 5962

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540