UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DONALD WRIGHT SIGMUND** :

      **Plaintiff,** :

      v. :    Case No. 1:05CV01366

**CASSIDY & PINKARD, INC., et al.** :

      **Defendants.** :

**AFFIDAVIT OF SERVICE – DEFENDANT CASSIDY & PINKARD, INC.**

    I, Renee Jackson, hereby depose and state that:

    1.    I am a legal secretary with the law firm of Regan, Halperin & Long in the District of Columbia, and our firm has been retained by the Plaintiff in connection with this litigation.

    2.    On or about July 11, 2005, we forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant Cassidy & Pinkard, Inc., c/o CT Corporation System, 1015 15th Street, N.W., Suite 1000 Washington D.C. 20005.

    3.    On or about July 15, 2005 we received receipt confirmation, signed for Cassidy & Pinkard, Inc., c/o CT Corporation System verifying that Defendant Cassidy & Pinkard, Inc., c/o CT Corporation System was served with a Summons and Complaint.

    4.    Further saith affiant not.

_____
Renee Jackson

Subscribed and sworn to before me this  31st  day of August, 2005.

_____
Notary Public

My Commission Expires:
May 31, 2006

**ATTACHMENT A**

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 7/11/05

Sent To: Cassidy & Pinkard, Inc.
Street, Apt. No.; or PO Box No.: c/o CT Corp. System, 1015 15th st., NW, suite 1000
City, State, ZIP+4: Washington, DC 20005

7004 0550 0001 2356 5986
PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

Postmark Here: 7/27/05 2nd attempt

Sent To: Cassidy and Pinkard, Inc.
Street, Apt. No.; or PO Box No.: c/o CT Corporation System, 1015 15th st., NW, suite 1000
City, State, ZIP+4: Washington, DC 20005

7004 0550 0001 2356 5894
PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cassidy & Pinkard, Inc.
   c/o CT Corp. System
   1015 15th st. NW
   Suite 1000
   Washington, D.C. 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent    ☐ Addressee

B. Received by (Printed Name): Evin Thomas
C. Date of Delivery: 7-13-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 0550 0001 2356 5986

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540