## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONALD WRIGHT SIGMUND | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:05CV01366 |
| CASSIDY & PINKARD, INC., et al. | : | |
| Defendants. | : | |

## AFFIDAVIT OF SERVICE – DEFENDANT CASSIDY & PINKARD PROPERTY SERVICES, LLC

I, Renee Jackson, hereby depose and state that:

1.    I am a legal secretary with the law firm of Regan, Halperin & Long in the District of Columbia, and our firm has been retained by the Plaintiff in connection with this litigation.

2.    On or about July 11, 2005, we forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant Cassidy & Pinkard Property Services, LLC, c/o Abraham J. Greenstein, 1630 L Street, N.W., Washington D.C. 20036.

3.    On or about July 15, 2005 we received receipt confirmation, signed for Cassidy & Pinkard Property Services, LLC, c/o Abraham J. Greenstein verifying that Defendant Cassidy & Pinkard Property Services, LLC, c/o Abraham J. Greenstein was served with a Summons and Complaint.

4.    Further saith affiant not.

Renee Jackson

Subscribed and sworn to before me this _3/5t_ day of August, 2005.

Notary Public

My Commission Expires:
May 31, 2006

**ATTACHMENT A**

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.06 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.11 |

7/11/05
Postmark
Here

Sent To  c/o Abraham J. Greenstein
Cassidy & Pinkard Property Services LLC
Street, Apt. No.; or PO Box No.  1630 L st., NW, Suite 900
City, State, ZIP+4  Washington, DC 20036

PS Form 3800, June 2002          See Reverse for Instructions

7004 0550 0001 2356 5924

---

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cassidy & Pinkard Property
Services LLC
c/o Abraham J. Greenstein
1630 L street, N.W.
Suite 900
Washington D.C. 20036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Paulett-Short_          ☐ Agent / ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                    July 13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
   *(Transfer from service label)*      7004 0550 0001 2356 5924

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540