UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD WRIGHT SIGMUND          :

      Plaintiff,             :

      v.                     :    Case No. 1:05CV01366

CASSIDY & PINKARD, INC., et al.   :

      Defendants.            :

## AFFIDAVIT OF SERVICE – STANDARD PARKING CORPORATION

I, Renee Jackson, hereby depose and state that:

1. I am a legal secretary with the law firm of Regan, Halperin & Long in the District of Columbia, and our firm has been retained by the Plaintiff in connection with this litigation.

2. On or about July 11, 2005, we forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant Standard Parking Corporation, c/o CT Corporation System, 1015 15th Street, N.W., Suite 1000, Washington D.C. 20005.

3. On or about July 15, 2005 we received receipt confirmation, signed for Standard Parking Corporation, c/o CT Corporation System verifying that Defendant Standard Parking Corporation, c/o CT Corporation System was served with a Summons and Complaint.

4. Further saith affiant not.

_____
Renee Jackson

Subscribed and sworn to before me this 31st day of August, 2005.

_____
Notary Public

My Commission Expires:
May 31, 2006

**ATTACHMENT A**

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | | U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | |
|---|---|---|---|
| Postage | $1.06 | Postage | $1.06 |
| Certified Fee | 2.30 | Certified Fee | 2.30 |
| Return Receipt Fee | 1.75 | Return Receipt Fee | 1.75 |
| Restricted Delivery Fee | | Restricted Delivery Fee | |
| Total Postage & Fees | $5.11 | Total Postage & Fees | $5.11 |

Postmark Here: 7/11/05
Postmark Here: 7/27/05 2nd attempt

Sent To: Standard Parking Corp.
C/o CT Corporation System
1015 15th St., NW, Suite 1000
Washington, DC 20005

Article Number: 7004 0550 0001 2356 5931

Signature: X
☐ Agent
☐ Addressee

Received by (Printed Name): BW·N
Date of Delivery: 7-13-05

Service Type:
☒ Certified Mail
☐ Express Mail
☐ Registered
☒ Return Receipt for Merchandise
☐ Insured Mail
☐ C.O.D.

Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540