UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD WRIGHT SIGMUND                   :

      Plaintiff,                              :

      v.                                      :   Case No. 1:05CV01366

CASSIDY & PINKARD, INC., et al.         :

      Defendants.                             :

## AFFIDAVIT OF SERVICE – DEFENDANT STANDARD PARKING, LP

I, Renee Jackson, hereby depose and state that:

1. I am a legal secretary with the law firm of Regan, Halperin & Long in the District of Columbia, and our firm has been retained by the Plaintiff in connection with this litigation.

2. On or about July 11, 2005, we forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant Standard Parking, L.P., c/o Prentice-Hall Corporation Systems, Inc., 1090 Vermont Avenue, N.W., Washington D.C. 20005.

3. On or about July 15, 2005 we received receipt confirmation, signed for Standard Parking, L.P., c/o Prentice-Hall Corporation Systems, Inc. verifying that Defendant Standard Parking, L.P., c/o Prentice-Hall Corporation Systems, Inc. was served with a Summons and Complaint.

4. Further saith affiant not.

*[signature: Renee Jackson]*
Renee Jackson

Subscribed and sworn to before me this  31st  day of August, 2005.

*[signature: Alice Hersell Porter]*
Notary Public

My Commission Expires:
May 31, 2006

**ATTACHMENT A**

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 1.06 | |
|---|---|---|
| Certified Fee | 2.30 | 7/11/05 Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.11 | |

Sent To: Standard Parking L.P.
Street, Apt. No.; c/o Prentice-Hall Corp. Systems, Inc.
or PO Box No. 1090 Vermont Ave, NW,
City, State, ZIP+4 Washington, D.C. 20005

7004 0550 0001 2356 5955

PS Form 3800, June 2002      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Standard Parking L.P.
c/o Prentice-Hall Corp.
Systems, Inc.
1090 Vermont Ave, NW.
Washington, D.C. 20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rice_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Rice
C. Date of Delivery: 7-12-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 0550 0001 2356 5955

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540