UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD WRIGHT SIGMUND,** | : |
| **Plaintiff,** | : |
| | :   **Civil Action No. 05-1366** |
| v. | : |
| | :   **Judge Ellen S. Huvelle** |
| **CASSIDY & PINKARD, INC., et al.** | : |
| **Defendants.** | : |

## PLAINTIFF'S MOTION TO CONSOLIDATE

The Plaintiff, by and through undersigned counsel, hereby respectfully requests that the Court consolidate this action with the previously filed action captioned, *Donald Wright Sigmund v. Starwood Urban Retail VI, LLC, et al.*, Civil Action No. 03-1507. In support of his Motion, Plaintiff states that both cases stem from the same underlying factual circumstances.

In further support of his Motion, the Plaintiff refers the Court to the attached Memorandum of Points and Authorities.

**Prior to filing this pleading, Plaintiff's counsel sought the consent of defense counsel. As of the date of the filing of this pleading, defense counsel had not consented to the requested consolidation.**

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

        Respectfully submitted,

        REGAN, HALPERIN & LONG, PLLC

By:       /s/
    Thanos Basdekis    #463692
    Paul Cornoni    #489398
    1919 M Street, NW, Suite 350
    Washington, DC 20036
    PH: (202) 463-3030
    *Counsel for Plaintiffs*

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

- 3 -

## CERTIFICATE OF ELECTRONIC FILING

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Motion to Consolidate, Memorandum of Points and Authorities in support thereof and proposed Order was electronically filed in the United States District Court for the District of Columbia and mailed, postage prepaid, this _____ day of September, 2005 to:

Steven R. Migdal, Esquire
Buck, Migdal & Myers, Chartered
23 West Street, POB 2400
Annapolis, Maryland  21404
*Counsel for Defendants Cassidy &
Pinkard, Inc. and Cassidy &
Pinkard Property Services, LLC*

Thomas P. Ryan, Esquire
McCarthy Wilson
100 S. Washington Street
Rockville, Maryland  20850
*Counsel for Defendant
AGW & Associates, Inc.*

Samuel Shapiro, Esquire
Saunders & Schmieler
8737 Colesville Road
Silver Spring, MD  20910-3928
*Counsel for Defendants Standard
Parking Corp., Standard Parking Corp.,
II, Standard Parking LP and APCOA*

Timothy E. Fizer, Esquire
McNamara, Fizer & Dent
The B & O Building
Two N. Charles Street, Suite 310
Baltimore, MD  21201-3725
*Counsel for Defendant
Starwood Urban Retail VI, LLC*

Stephen A. Horvath, Esquire
Trichilo, Brancroft,
   McGavin, Horvath & Judkins
Post Office Box 22
3920 University Drive
Fairfax, Virginia  22030-0022
*Counsel for Defendant Third-Party
Defendant Wolf & Cohen Life Insurance*

                                                     /s/
                                      Thanos Basdekis

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DONALD WRIGHT SIGMUND,** | : | |
| **Plaintiff,** | : | |
| | : | Civil Action No. 05-1366 |
| v. | : | |
| | : | Judge Ellen S. Huvelle |
| **CASSIDY & PINKARD, INC., et al.** | : | |
| **Defendants.** | : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO CONSOLIDATE

1. The Complaint in this case was filed on July 8, 2005 and involves allegations against Defendants stemming from an explosion which occurred on July 12, 2002 and caused severe burn injuries to the Plaintiff.

2. Plaintiff has previously filed a lawsuit against other parties, *Sigmund v. Starwood Urban Retail VI, LLC, et al.*, Civil Action No. 03-1507, which also involves allegations stemming from the July 12, 2002 explosion.

3. As was indicated in earlier pleadings filed in this case, the claims asserted against the Defendants in this action were a result of information obtained by Plaintiff's counsel on the eve of the potential expiration of the three-year statute of limitations. For this reason, out of an abundance of caution, Plaintiff's counsel elected to file a separate action as opposed to filing a Motion for Leave to Amend the Complaint in Civil Action 03-1507.

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

    4.    Plaintiff's counsel submits that since both cases involve allegations against Defendants stemming from the explosion on July 12, 2002, it is in the interest of judicial economy to consolidate both actions.

    5.    **Prior to filing the Motion to Consolidate, Plaintiff's counsel sought the consent of defense counsel in this action.  As of the date of filing the Motion to Consolidate, defense counsel had not consented to the requested consolidation.**

    Respectfully submitted,

    REGAN, HALPERIN & LONG, PLLC


By:    /s/
Thanos Basdekis    #463692
Paul Cornoni    #489398
1919 M Street, NW, Suite 350
Washington, DC  20036
PH: (202) 463-3030
*Counsel for Plaintiffs*

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD WRIGHT SIGMUND,** : | |
| Plaintiff, : | |
| : | Civil Action No. 05-1366 |
| v. : | |
| : | Judge Ellen S. Huvelle |
| **CASSIDY & PINKARD, INC., et al.** : | |
| Defendants. : | |

## ORDER

Upon consideration of Plaintiff's Motion to Consolidate, it is this _____ day of

_____, 2005;

ORDERED that United States District Court for the District of Columbia Case Nos. 03-1507 and 05-1366 be consolidated in front of Judge Ellen S. Huvelle for purposes of discovery and trial.

_____
The Honorable Ellen S. Huvelle
Judge

cc:   Thanos Basdekis, Esquire
      Paul Cornoni, Esquire
      Regan, Halperin & Long, PLLC
      1919 M Street, NW, Suite 350
      Washington, DC 20036

      Steven R. Migdal, Esquire
      Buck, Migdal & Myers, Chartered
      23 West Street, POB 2400
      Annapolis, Maryland 21404

- 2 -

cc:   Jeffrey R. Schmieler, Esquire
      Samuel Shapiro, Esquire
      Saunders & Schmieler
      8737 Colesville Road
      Silver Spring, MD  20910-3928

      Thomas P. Ryan, Esquire
      McCarthy Wilson
      100 S. Washington Street
      Rockville, Maryland  20850

      Timothy E. Fizer, Esquire
      McNamara, Fizer & Dent
      The B & O Building
      Two N. Charles Street, Suite 310
      Baltimore, MD  21201-3725

      Stephen A. Horvath, Esquire
      Trichilo, Brancroft,
          McGavin, Horvath & Judkins
      Post Office Box 22
      3920 University Drive
      Fairfax, Virginia  22030-0022