UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD WRIGHT SIGMUND            :
12516 Degas Lane                 :
Dallas, TX 75230                 :
                                 :
      Plaintiff               :
                                 :
    vs.                        : Case No.: 1:05CV01366
                                 : Judge: Henry H. Kennedy
CASSIDY & PINKARD, INC.          :
1750 Tysons Boulevard, Suite 110 :
McLean, VA 22102                 :
    and                        :
CASSIDY & PINKARD PROPERTY       :
  SERVICES LLC                   :
2000 Pennsylvania Avenue, Suite 800 :
Washington, D.C. 20006           :
    and                        :
STANDARD PARKING CORPORATION     :
2450 Crystal Drive               :
Arlington, VA 22202              :
    and                        :
STANDARD PARKING CORPORATION     :
 IL                              :
900 N. Michigan Avenue, Suite 1800 :
Chicago, IL 60611                :
    and                        :
STANDARD PARKING, L.P.           :
900 N. Michigan Avenue, Suite 1800 :
Chicago, IL 60611                :
    and                        :
APCOA, INC.                      :
900 N. Michigan Avenue, Suite 1800 :
Chicago, IL 60611                :
    and                        :
AGW & ASSOCIATES, INC.           :
7646 Lee Highway                 :
Falls, Church, VA 22042          :
                                 :
      Defendants              :

**DEFENDANT, AGW & ASSOCIATES, INC.'S**
**OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE**

Comes now the defendant, AGW & Associates, Inc., by and through its attorneys, McCarthy Wilson LLP, and Thomas Patrick Ryan, and pursuant to Rule 42 of the Federal Rules of Civil Procedure files this Opposition to Plaintiff's Motion to Consolidate, and for reasons states:

1. That Plaintiff previously filed an action captioned, *Donald Wright Sigmund v. Starwood Urban Retail VI, LLC, et al.,* Civil Action No. 03-1507, on July 14, 2003;

2. That Plaintiff filed the current action on July 8, 2005;

3. That discovery has been ongoing in *Donald Wright Sigmund v. Starwood Urban Retail VI, LLC, et al.,* Civil Action No. 03-1507, for the past two years;

4. That Defendants in the current action will be prejudiced by a consolidation.

    Respectfully submitted,

    McCARTHY WILSON LLP

by:    /s/
Thomas Patrick Ryan (348862)
100 South Washington Street
Rockville, MD 20850
(301) 762-7770
Attorneys for Defendant,
AGW & Associates, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DONALD WRIGHT SIGMUND | : |
| | : |
| Plaintiff | : |
| | : |
| vs. | : Case No.: 1:05CV01366 |
| | : Judge:  Henry H. Kennedy |
| CASSIDY & PINKARD, INC., et al | : |
| | |
| Defendants | : |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF AGW & ASSOCIATES, INC.'S OPPOSITION TO
PLAINTIFF'S MOTION TO CONSOLIDATE**

**I.     Rule 42 Standard**

Under Rule 42 of the Federal Rules of Civil Procedure the Court may order the actions consolidated "as may tend to avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a).  Additionally, under Rule 42 the Court, "in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy, may order a separate trial…" Fed. R. Civ. P. 42(b).  The trial court has broad discretion to order consolidation under Rule 42. *See United States of America v. Western Electric Company,* 46 F.3d 1198, 1207 n. 7, 310 U.S.App.D.C. 281 (1995).

## II.    Procedural Posture

Plaintiff contends that on July 12, 2002, he attempted to enter a vehicle owned by his father, which was parked in an underground parking garage at 5225 Wisconsin Avenue, N.W., Washington, DC. (Complaint, paragraph 12). Plaintiff contends that the vehicle then violently exploded as a result of two hidden pipe bombs which had been placed in the vehicle by his half brother, Prescott Sigmund, with the intention of killing their father. (Complaint, paragraphs 13, 17).

On July 14, 2003, Plaintiff filed a lawsuit, *Sigmund v. Starwood Urban Retail VI, LLC, et. al.,* Civil Action No. 03-1507, alleging, *inter alia,* causes of action for negligence, negligent infliction of emotional distress and gross negligence against Starwood Urban Retail VI, LLC, the owners of the garage in which the events took place and Prescott Sigmund alleging intentional torts, negligence, and gross negligence.

Two years into discovery in *Sigmund v. Starwood Urban Retail VI, LLC,* (hereinafter referred to as *Starwood*), the plaintiff filed this suit against a number of entities, including the property manager of the property (allegedly Cassidy & Pinkard, Inc. or Cassidy & Pikard Property Services LLC) the alleged operator and supervisor of the parking garage (Standard Parking Corporation or Standard Parking Corporation IL or Standard Parking L.P.), and a company that was allegedly responsible for the

4

management and security of the garage (Apcoa, Inc.). The Plaintiff now seeks to consolidate the two actions.

### III.  **Argument**

While the two actions do stem from the same underlying factual circumstance, the mere fact that common issues of fact are present, and that consolidation is therefore permissible under Fed. R. Civ. P. 42, does not mean that the trial judge must order consolidation. *See Continental Bank & Trust Co. v. Ol. S.E. D. Platzer*, 304 F.Supp. 228 (D.C.Tex. 1969).

Discovery in *Starwood* has proceeded for the past two years. The discovery deadline in that case was set for September 1, 2005. The Defendants to the current action will be deprived of the benefit of participation in that discovery. This is especially important in that Plaintiff has indicated that the claims asserted against the Defendants to the current action were a result of allegedly newly discovered information. Consolidation is improper in this case and will cause substantial prejudice to the Defendants. Therefore, Plaintiff's Motion to Consolidate should be denied.

                                            McCARTHY WILSON LLP

BY:  _____/s/_____
       Thomas Patrick Ryan (348862)
       100 South Washington Street
       Rockville, Maryland 20850

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD WRIGHT SIGMUND | : |
| | : |
| Plaintiff | : |
| | : |
| vs. | : Case No.: 1:05CV01366 |
| | : Judge:  Henry H. Kennedy |
| CASSIDY & PINKARD, INC., et al | : |
| | : |
| Defendants | : |

**O R D E R**

Upon consideration of the Motion to Consolidate United States District Court for the District of Columbia Case Nos. 03-1507 and 05-1366, it is this _____ _____ day of _____, 2005,

DENIED.

_____
The Honorable Ellen S. Huvelle
Judge

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on this ___ day of September, 2005, a copy of the foregoing **Opposition to Plaintiff's Motion to Consolidate, with Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Consolidate**, and Proposed Order was electronically filed with the United States District Court for the District of Columbia, and a courtesy copy mailed, first-class, postage prepaid to:

**Thanos Basdekis, Esquire**
**Paul Cornoni, Esquire**
**Regan, Halperin & Long, PLLC**
**1919 M Street, N.W., Suite 350**
**Washington, D.C. 20036-3521**
*Attorneys for Plaintiff*

**Steven R. Midgal, Esquire**
**23 West Street**
**P.O. Box 2400**
**Annapolis, MD 21404**
*Attorneys for Cassidy & Pinkard Defendants*

**Samuel Shapiro, Esquire**
**Sauders and Schmieler**
**8737 Colesville Road, Suite L-200**
**Silver Spring, MD 20910**
*Attorneys for Standard Parking*

                                        /s/
                                  Thomas Patrick Ryan