# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DONALD WRIGHT SIGMUND            :

    Plaintiff                            :

    vs.                                  :    **Case No.:  1:05CV01366**
                                               Judge:  Ellen S. Huvelle

CASSIDY & PINKARD, INC., et al       :

    Defendants                           :


## PRAECIPE ENTERING APPEARANCE

TO THE CLERK:

    Pursuant to Local Rule 83.6(a), please enter the appearance of Jonathan R. Clark,

Esquire, and McCarthy Wilson LLP, as additional counsel for the defendant, AGW &

Associates, Inc., in the above-captioned matter.

                Respectfully submitted,

                McCARTHY WILSON LLP


                _____/s/_____
                Jonathan R. Clark      448996
                100 South Washington Street
                Rockville, MD 20850
                (301) 762-7770
                fax (301) 762-9079
                Attorneys for Defendant,
                AGW & Associates, Inc.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 7th day of September, 2005, a copy of the

foregoing **Praecipe Entering Appearance** was electronically filed with the United

States District Court for the District of Columbia, and a courtesy copy mailed, first-

class, postage prepaid to:

Thanos Basdekis, Esquire
Paul Cornoni, Esquire
Regan, Halperin & Long, PLLC
1919 M Street, N.W., Suite 350
Washington, D.C. 20036-3521
*Attorneys for Plaintiff*

Steven R  Migdal, Esquire
23 West Street
P.O. Box 2400
Annapolis, Maryland 21404-2400
*Attorneys for Defendants, Cassidy & Pinkard, Inc.*
*and Cassidy & Pinkard Property Services, LLC*


                        /s/
                Jonathan R. Clark