UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD WRIGHT SIGMUND,** : | |
| **Plaintiff,** : | |
| : | Civil Action No. 05-1366 |
| v. : | |
| : | Judge Ellen S. Huvelle |
| **CASSIDY & PINKARD, INC., et al**. : | |
| **Defendants.** : | |

## MEET AND CONFER STATEMENT

Counsel for Plaintiff and Defendants, having conferred by telephone in accordance with Local Civil Rule 16.3(a), and in preparation for the Initial Scheduling Conference currently set for September 22, 2005 at 10:00 a.m., respectfully submit this report to the Court:

1.  Counsel agree this jury case should be placed on a track commensurate with the Court's rulings at the Initial Scheduling Conference with regard to the two pending cases, and it is not presently known whether this case is likely to be resolved by dispositive motion.

2.  The Parties agree that any motion to join additional parties shall be filed by December 1, 2005.

3.  Plaintiff consents to the referral of this case to a magistrate judge for all purposes, including trial. Defendants do not agree to a referral to a magistrate judge for all purposes at this time.

4.  It is unknown whether there is a substantial likelihood of resolving the case short of trial.

5.  Counsel have discussed alternative dispute resolution and believe that mediation would be the appropriate form of ADR. The parties further believe that mediation should be deferred until after the Court rules on any dispositive motions that may be filed after the conclusion of discovery.

6.  It is unknown whether the case can be resolved by summary judgment or other similar dispositive motion.

7.  The parties agree to dispense with the initial disclosures provided by Rule 26(a) (1) of the Federal Rules of Civil Procedure but Plaintiff agrees to provide copies of discovery from the other case.

8.  The parties do not believe it is necessary to establish limits on interrogatories, depositions or other discovery.  Counsel believe that they will work together in a cooperative manner to complete all necessary discovery.  The parties propose the following discovery schedule:

| | |
|---|---|
| Plaintiff's Identify Experts | 12/01/2005 |
| Defendants' Identify Experts | 03/01/2006 |
| Rebuttal Experts | 05/01/2006 |
| Discovery Closes | 07/31/2006 |
| Dispositive Motions Filed By | 08/31/2006 |

9.  The parties stipulate and agree to dispense with the exchange of expert witness reports pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. but agree to identify all expert witnesses and provide written statements (whether by Answer

to Interrogatory or by a separate discovery paper) containing that information required by Rule 26(a)(2)(B), and will make them available for depositions thereafter. The Plaintiff shall identify his expert witnesses and provide said statements by December 1, 2005, and Defendant shall identify its expert witnesses and provide said statements by March 1, 2006.

10. This is not a class action lawsuit.

11. The parties do not believe that the trial and/or discovery should be bifurcated or managed in phases, but the parties reserve the right to raise this issue at a later date.

12. The parties would propose that a pre-trial conference be scheduled after the resolution of dispositive motions..

13. Plaintiff believes that it would be appropriate for the Court to set a trial date at the time of the Status Conference on September 22, 2005. It is anticipated that the trial can be completed in six to eight trial days. Defendants request that a trial date be set at the time of the final Pretrial Conference in the case.

Respectfully submitted,

REGAN, HALPERIN & LONG, PLLC

By: _____/s/_____
Thanos Basdekis         #463692
Paul Cornoni            #489398
1919 M Street, NW, Suite 350
Washington, DC 20036-3521
PH: (202) 463-3030
*Counsel for Plaintiff*

BUCK, MIGDAL & MYERS, CHTD

By: _____/s/_____
Steven Roy Migdal, I
23 West Street, POB 2400
Annapolis, MD 21404
PH: (410) 263-8855
*Counsel for Defendants Cassidy & Pinkard, Inc. and Cassidy & Pinkard Property Services, LLC*

| SAUNDERS & SCHMIELER | McCARTHY WILSON |
|---|---|
| By:       /s/       | By:       /s/       |
| Jeffrey R. Schmieler | Thomas Patrick Ryan |
| Samuel Shapiro | 100 S. Washington Street |
| 8737 Colesville Road | Rockville, MD 20850 |
| Silver Spring, MD 20910-3928 | PH: (301) 762-7770 |
| PH: (301) 588-7717 | *Counsel for Defendant* |
| *Counsel for Defendants Standard Parking Corporation, Standard Parking Corporation, II, Standard Parking LP and APCOA, Inc.* | *AGW & Associates, Inc.* |

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 21st day of September, 2005, a copy of the foregoing Meet and Confer Statement was electronically filed in the United States District Court for the District of Columbia and was mailed, postage prepaid, to:

>Steven R. Migdal, Esquire
>Buck, Migdal & Myers, Chartered
>23 West Street, POB 2400
>Annapolis, Maryland  21404
>
>Jeffrey R. Schmieler, Esquire
>Samuel Shapiro, Esquire
>Saunders & Schmieler
>8737 Colesville Road
>Silver Spring, Maryland  20910-3928
>
>Thomas P. Ryan, Esquire
>McCarthy Wilson
>100 S. Washington Street
>Rockville, Maryland  20850

/s/
Thanos Basdekis