## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DONALD WRIGHT SIGMUND,** :

    **Plaintiff,** :

                            **Civil Action No. 05-1366**

    **v.** :

                             **Judge Ellen S. Huvelle**

**CASSIDY & PINKARD, INC., et al.** :

    **Defendants.** :

## **ORDER**

Upon consideration of the Meet and Confer Statement submitted by the parties, as well as the discussion between counsel and the Court at the time of the Status Conference on September 22, 2005, and a review of the file herein, it is this ____ day of _____, 2005;

ORDERED that the following discovery schedule is established for this case:

| | |
|---|---|
| Plaintiff's Identify Experts | 12/01/2005 |
| Defendants' Identify Experts | 03/01/2006 |
| Rebuttal Experts | 05/01/2006 |
| Discovery Closes | 07/31/2006 |
| Dispositive Motions Filed By | 08/31/2006 |

and it is

FURTHER ORDERED that a follow-up Status Conference is scheduled for _____ __, 200__ at _____ ____, and a Pretrial Conference is scheduled for _____ __, 200__ at _____ ____; and it is

FURTHER ORDERED that the trial in this case shall begin on _____ __, 2006 at 9:30 a.m.

_____
Ellen S. Huvelle
United States District Judge

cc:    Patrick M. Regan, Esquire
       Thanos Basdekis, Esquire
       Paul Cornoni, Esquire
       Regan, Halperin & Long
       1919 M Street, N.W., Suite 350
       Washington, D.C.  20036

       Steven R. Migdal, Esquire
       Buck, Migdal & Myers, Chartered
       23 West Street, POB 2400
       Annapolis, Maryland  21404

       Jeffrey R. Schmieler, Esquire
       Samuel Shapiro, Esquire
       Saunders & Schmieler
       8737 Colesville Road
       Silver Spring, Maryland  20910-3928

       Thomas P. Ryan, Esquire
       McCarthy Wilson
       100 S. Washington Street
       Rockville, Maryland  20850