UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD W. SIGMUND,                )<br>                                                       )<br>            Plaintiff,                         )<br>                                                       )<br>     v.                                             )<br>                                                       )<br>STARWOOD URBAN INVESTMENT, *et al.*,  )<br>                                                       )<br>            Defendant.                      )<br>_____)<br>DONALD W. SIGMUND,                )<br>                                                       )<br>            Plaintiff,                         )<br>                                                       )<br>     v.                                             )<br>                                                       )<br>CASSIDY & PINKARD, INC., *et al.*,  )<br>                                                       )<br>            Defendants.                    )<br>_____) | Civil Action No. 03-1507 (ESH)<br><br><br><br><br><br>Civil Action No. 05-1366 (ESH) |

# ORDER

It is this 22nd day of September, 2005, hereby

**ORDERED** that the case of *Sigmund v. Starwood Urban Investment, et al.,* Civil Action No. 05-1507, is consolidated with *Sigmund v. Cassidy & Pinkard, Inc., et al.*, Civil No. 05-1366; it is

**FURTHER ORDERED** that the Clerk's Office is directed to close *Sigmund v. Cassidy & Pinkard, Inc., et al.*, Civil No. 05-1366 and to transfer the defendants in that case to the earlier case, *Sigmund v. Starwood Urban Investment, et al.,* Civil Action No. 05-1507; and it is

**FURTHER ORDERED** that all filings with this Court shall henceforth be filed only under the case of *Sigmund v. Starwood Urban Investment, et al.,* Civil Action No. 05-1507.

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              

```
                              _____s/_____
                              ELLEN SEGAL HUVELLE
                              United States District Judge
```